IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 5:12-CR-00065-D-4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| STEPHEN DOUGLAS DOHM | ) | |

This matter comes before the Court upon Defendant's applications for writs of habeas corpus *ad testificandum* (DE-177, DE-178) to allow inmate Edgar Munoz-Meza, presently detained at McCrae Correctional Facility, Georgia, and inmate Charles Hargrove, Jr., presently detained at McDowell FCI, West Virginia, to testify at Defendant's upcoming trial in Raleigh during the Court's August 12, 2013 term. Defendant avers that Munoz-Meza's and Hargrove's appearances are necessary for trial. The Court is reluctant, however, to issue the requested writs without more information as to Munoz-Meza and Hargrove. Specifically, Defendant should file an affidavit informing the Court as to the following:

(1) Whether Munoz-Meza and Hargrove are presently represented by counsel and if so, whether their respective counsel have been notified of Defendant's request that Munoz-Meza and Hargrove be produced to testify at Defendant's trial;

(2) The general subject matter about which Munoz-Meza and Hargrove will testify;

(3) Whether Munoz-Meza and Hargrove understand that, should they testify at Defendant's trial, they will waive their Fifth Amendment privilege against self-incrimination and be subject to cross-examination.

For this reason, Defendant's applications for writs of habeas corpus (DE-177, DE-178) are DENIED WITHOUT PREJUDICE. Defendant may renew his motions with the appropriate supporting affidavits.

DONE AND ORDERED in Chambers at Raleigh, North Carolina this 11th day of July, 2013.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE